UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

CARSEN MANSFIELD,
   a/k/a "noname45.#0,"

                        Defendant.

ORDER OF CONTINUANCE

25 Mag. 1168

      Upon the application of the United States of America and the affirmation of MARGARET VASU, Assistant United States Attorney, it is found that CARSEN MANSFIELD, a/k/a "noname45.#0," the defendant, was charged with a violation of 18 U.S.C. § 875(d), in a complaint dated April 9, 2024, and was arrested on April 29, 2025;

      It is further found that the defendant was presented before Magistrate Judge Judith C. McCarthy on April 29, 2025, and the defendant was released on the following conditions: $75,000 unsecured bond with 3 financial responsible persons as co-signers; travel restricted to SDNY/EDNY; surrender travel documents and no new applications; pretrial supervision as directed by pretrial services; continue or actively seek employment; drug testing/treatment; avoid all contact with any victim or witness unless in the presence of counsel; no possession of firearm/destructive device/other weapon; no use or unlawful possession of a narcotic drug or controlled substance unless prescribed by a licensed medical practitioner; restricted to computer devices approved and monitored/managed by Pretrial; allow Pretrial to configure, manage, or install monitoring software on any approved internet-capable device;

      It is further found that Elizabeth Quinn, Esq., counsel for the defendant, has been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial;

It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days may be granted for such purpose; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until **June 28, 2025.**

Dated: White Plains, New York
       May 28, 2025

_____
UNITED STATES MAGISTRATE JUDGE