# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 10, 2025

VIA EMAIL AND ECF

The Honorable Judith McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**APPLICATION GRANTED**

*Judith C. McCarthy*
Hon. Judith C. McCarthy
6-10-2025

Re:   *United States v. Carsen Mansfield*, 25-mj-1168 (UA)

Dear Honorable Judge McCarthy:

I write to respectfully request that Mr. Mansfield's release conditions be modified to permit him to travel through the District of New Jersey to for work purposes only.

Mr. Mansfield was presented before Your Honor on April 29, 2025, and has been released on conditions since that time. He currently works providing EMT services at Citifield in Queens, New York. Prior to his arrest, he would drive from Newburgh to his uncle's home in Bergen, New Jersey and then take a bus into the New York City. Since his arrest, he has attempted to make the trip without going through New Jersey, but with trains, it has doubled his commute. There are also issues with the trains not running frequently enough at night. Therefore, he respectfully requests that his conditions be modified to permit him to travel through the District of New Jersey so that he may go to work. I have contacted Pre-Trial Services through Mr. Mansfield's supervising officer, Shannon Finneran, who does not oppose this request. I have also consulted the government through Assigned Assistant United States Attorney Margaret Vasu, who also does not object to this request.

Therefore, Mr. Mansfield respectfully requests that that his conditions be modified to permit him to travel through the District of New Jersey for work purposes only. Thank you for your time and consideration.

Sincerely,

Elizabeth K. Quinn
Counsel for Carsen Mansfield

cc: Margaret Vasu, AUSA
    Shannon Finneran, PTS