UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

CARSEN MANSFIELD,
　　a/k/a "noname45.#0,"

　　　　　　　　　　Defendant.

AFFIRMATION

25 Mag. 1168

STATE OF NEW YORK　　　　　　　　　　）
COUNTY OF WESTCHESTER　　　　　　： ss.:
SOUTHERN DISTRICT OF NEW YORK　　）

　　MARGARET VASU, under penalty of perjury, hereby affirms as follows:

　　1.　　I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for a second order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

　　CARSEN MANSFIELD, a/k/a "noname45.#0," the defendant, was charged with a violation of 18 U.S.C.§ 875(d), in a complaint dated April 9, 2024. The defendant was presented before Magistrate Judge Judith C. McCarthy on April 29, 2025, and the defendant was released on the following conditions: $75,000 unsecured bond with 3 financial responsible persons as co-signers; travel restricted to SDNY/EDNY; surrender travel documents and no new applications; pretrial supervision as directed by pretrial services; continue or actively seek employment; drug testing/treatment; avoid all contact with any victim or witness unless in the presence of counsel; no possession of firearm/destructive device/other weapon; no use or unlawful possession of a narcotic drug or controlled substance unless prescribed by a licensed medical practitioner; restricted to computer devices approved and monitored/managed by Pretrial; allow Pretrial to

configure, manage, or install monitoring software on any approved internet-capable device.

2. Elizabeth Quinn, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

3. On June 20, 2025, Ms. Quinn, counsel for the defendant, agreed by electronic mail on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

4. For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

5. Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2025.

_____
MARGARET VASU
Assistant United States Attorney