UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                     **3RD ORDER OF CONTINUANCE**

            -against-                                                25 Mag. 1168

CARSEN MANSFIELD,

                                     Defendant.
------------------------------------------------------------------x

      Adjourned to August 20, 2025 by Andrew E. Krause, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated:  July 23, 2025
           White Plains, New York

                                                    SO ORDERED:

                                                    _____
                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge