UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                             **4TH ORDER OF CONTINUANCE**

      -against-                                                         25 Mag. 1168

CARSEN MANSFIELD,

                                       Defendant.
-----------------------------------------------------------------X

      Adjourned to September 17, 2025 by Andrew E. Krause, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated:  August 20, 2025
           White Plains, New York

                                                           SO ORDERED:

                                                           _____
                                                           ANDREW E. KRAUSE
                                                           United States Magistrate Judge