# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 20, 2025

<u>VIA EMAIL AND ECF</u>

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Carsen Mansfield*, 25-mj-1168 (UA)

Dear Honorable Judge Reznik:

    I am writing to respectfully request that Mr. Mansfield be permitted to travel to visit his parents for Thanksgiving and Christmas. Specifically, he would stay with his parents at their home in Statesville, North Carolina for Thanksgiving from November 25th -29th and for Christmas from December 22nd-January 2nd.

    Mr. Mansfield was presented before the Honorable Judith C. McCarthy on April 29, 2025, and has been released on conditions since that time. Until the violation report was filed earlier this week, he was completely compliant with his conditions for over six months. As noted in the violation report, the violations were not intentional and were an oversight on his part. He is committed to complying with his release conditions. Therefore, he respectfully requests to be permitted to spend the holidays with his parents as noted.

    I have contacted Pre-Trial Services through Mr. Mansfield's supervising officer, Shannon Finneran, who does not oppose this request. However, she has requested that Mr. Mansfield's parents confirm, prior to his travel, that all internet-enabled devices are password protected and that they will not allow him to have access to those devices. I have also consulted the government through Assigned Assistant United States Attorney Margaret Vasu, who also does not object to this request so long as Mr. Mansfield follows the directives from Pre-Trial Services. Mr. Mansfield has confirmed that he will, and his parents will provide the information to Pre-Trial Services in advance of his travel should the Court grant this request.

      Therefore, Mr. Mansfield respectfully requests that his conditions be modified to permit him to travel to Statesville, North Carolina from November 25th-29th and December 22nd to January 2nd to spend the holidays with his parents. Thank you for your time and consideration.

                                        Sincerely,

                                          Elizabeth K. Quinn
                                          Counsel for Carsen Mansfield

cc: Margaret Vasu, AUSA
     Shannon Finneran, PTS