AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25 MJ 1168 |
| Carsen Mansfield | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 12/19/2025

*Attorney's signature*: Patricia Reville

Patricia M. Reville, 5848882
*Printed name and bar number*

50 Main Street
White Plains, New York 10606
*Address*

Patricia.Reville@usdoj.gov
*E-mail address*

(914) 993-1945
*Telephone number*

*FAX number*