UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

       -v-

CARSEN MANSFIELD,
    a/k/a "noname45.#0,"

               Defendant.
------------------------------------------------------------x

STIPULATION IN SUPPORT
OF APPLICATION FOR
7th OR SUBSEQUENT
ORDER OF CONTINUANCE AND
9th ORDER OF CONTINUANCE

25 Mag. 1168

      The United States of America and the defendant jointly request and agree that the time period from **01/07/2026 to 02/04/2026** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7). The defendant was charged with a violation of 18 U.S.C.§ 875(d), arrested on April 29, 2025, and released the same date on bail with the Government's consent.

      The parties submit that there is good cause for an additional exclusion of time because the parties are exploring a possible disposition of this case prior to trial. Specifically, the parties signed a plea agreement on December 11, 2025. A plea is scheduled before the Honorable Cathy Seibel on January 15, 2026. Thus, an additional exclusion of time will allow the defendant to enter his plea and allow the parties to pursue a resolution short of trial.

      By the following signatures we agree and consent to the exclusion of time noted above:

| _/s/ [signature]_ | 1/6/2026 | _/s/ Patricia Reville_ | 1/5/2026 |
|---|---|---|---|
| Defendant's Counsel | Date | Assistant U.S. Attorney | Date |
| Elizabeth K. Quinn, Esq. | | Patricia M. Reville | |

      The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act. The defendant understands that he has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above. The defendant consents and agrees to the above request, and further authorizes counsel Elizabeth K. Quinn, Esq. to affix his signature on this stipulation.

| /s/ Carsen Mansfield | 1/6/2026 |
|---|---|
| Defendant | Date |
| CARSEN MANSFIELD | |

*[continued on the next page]*

The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from **01/07/2026 to 02/04/2026** is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuance on the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, for the reasons set forth above. The Court further orders: ___N/A_____.

Dated:  1/7/26
White Plains, New York

SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK