**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 12, 2026

<u>VIA EMAIL AND ECF</u>

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Carsen Mansfield*, 25-mj-1168 (UA)

Dear Honorable Judge Reznik:

    I am writing to respectfully request that Mr. Mansfield be permitted to travel to the District of New Jersey to see a specialist to deal with a recent injury to his hand.

    Mr. Mansfield was presented before the Honorable Judith C. McCarthy on April 29, 2025, and has been released on conditions since that time. Yesterday, Mr. Mansfield seriously injured his hand when he fell in the bathroom. He saw his doctor earlier today who referred him to a specialist in Paramus, New Jersey. This specialist can only see him today. Mr. Mansfield is expected to plead guilty later this week on January 15, 2026.

    I have contacted Pre-Trial Services through Mr. Mansfield's supervising officer, Shannon Finneran, who does not oppose this request. I have also consulted the government through Assigned Assistant United States Attorney Patricia Reville, who also does not object to this request.

    Therefore, Mr. Mansfield respectfully requests that his conditions be modified to travel to the District of New Jersey today for treatment. Thank you for your time and consideration.

Sincerely,

Elizabeth K. Quinn
Counsel for Carsen Mansfield

cc:  Patricia Renville, AUSA
      Shannon Finneran, PTS